UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMSES POLLAND, | ) | |
| | ) | No. 2020 CV |
|   Plaintiff, | ) | |
| | ) | Judge |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | Jury Demanded |
| corporation, and OFFICERS RUSSELL | ) | |
| ELLIS II and JOSHUA RANKIN, | ) | |
| | ) | |
|   Defendants. | ) | |

## COMPLAINT

NOW COMES the plaintiff, Ramses Polland, by his attorneys, Richard R. Mottweiler and Mark F. Smolens, Mottweiler & Smolens, LLP, and as his complaint against the defendants, states the following:

1. This action seeks damages under federal law, Title 42 U.S.C. §1983, for defendants' actions on December 29, 2018 which violated plaintiff's right to be free from excessive and unreasonable force under the Fourth and Fourteenth Amendments to the United States Constitution.

## Jurisdiction and Venue

2. The jurisdiction of this Court is invoked pursuant to Title 28 U.S.C. sections 1331 and 1343. Venue in this District is predicated upon Title 28 U.S.C. Section 1391(b) as all events giving rise to the claims asserted herein took place within this Northern District of Illinois.

1

## **Parties**

3. At all times material hereto, the plaintiff, Ramses Polland, was a thirty-seven year old resident of the City of Chicago, County of Cook, State of Illinois, in this District.

4. At all times material hereto defendant Officer Russell Ellis, star #18288, was a sworn law enforcement officer employed by the City of Chicago, acting under color of the statutes, ordinances, customs, and usage of the State of Illinois, City of Chicago, and the Chicago Police Department. Plaintiff sues Officer Ellis in his individual capacity.

5. At all times material hereto defendant Officer Joshua Rankin, star #13982, was a sworn law enforcement officer employed by the City of Chicago, acting under color of the statutes, ordinances, customs, and usage of the State of Illinois, City of Chicago, and the Chicago Police Department. Plaintiff sues Officer Rankin in his individual capacity.

6. The City of Chicago is a municipal corporation located in the State of Illinois in this Judicial District. At all relevant times, the City of Chicago was the employer of the individually named defendant officers, Ellis and Rankin. The defendant officers were at all relevant times employed by the City as a duly appointed police officers, acting within the course and scope of their employment and under color of law, and as a result, said officers are entitled to indemnification from the City for any judgment entered against them for compensatory damages.

## **Factual Allegations**

7. On December 29 2018, at some time after 2 p.m., plaintiff Ramses Polland was in the area of the alley behind 80th and Burnham in the City of Chicago, along with three other individuals from the neighborhood.

8. At that time, plaintiff Polland encountered the two individual defendant officers, and when the other individuals in the alley began to run, the plaintiff did the same.

9. During the course of the defendant officers taking plaintiff Polland into custody, plaintiff sustained severe injury to his right wrist and arm.

10. Even if the defendant officers had a lawful reason or basis to take the plaintiff into custody, in so doing they were obligated under the Constitution to do so without using excessive or unreasonable force.

11. After being cuffed and taken into custody in the rear of the defendants' squad car, plaintiff repeatedly complained that the handcuffs behind his back were hurting his wrist, but the defendants cruelly and maliciously failed to adjust or release those cuffs until after the plaintiff was transported to the police station.

12. Upon arriving at the police station, other Chicago police officers listened to the plaintiff's complaints of injury, and he was taken to South Shore Hospital for emergency treatment, where he was diagnosed with a fractured wrist.

13. During the course of his continued detention in the Cook County Jail, on January 18, 2019 the plaintiff underwent a surgical procedure -- an open reduction with internal fixation -- to repair a distal fracture of his right wrist.

14. By reason of the above-described acts and omissions of the defendant police officers, plaintiff sustained physical injuries, humiliation, and indignities, and also suffered great mental and emotional pain and suffering, all to his damage.

15. The aforementioned acts of the defendant police officers were objectively unreasonable and undertaken intentionally with willful and deliberate indifference and callous disregard for plaintiff's right to be free from excessive and unreasonable force.

16. The misconduct described above was undertaken with malice, willfulness, and reckless indifference to the rights of others.

17. By reason of the above-described acts and omissions of the defendants, plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the instant case, so that he might vindicate the loss and impairment of his rights.

## § 1983 Excessive Force

18. Plaintiff re-alleges and incorporates paragraphs one through seventeen above as if fully restated here as this paragraph eighteen.

19. At all times relevant hereto, plaintiff had the right to be from injury from unreasonable, malicious, excessive force from state actors such as defendants Ellis and Rankins, as protected by the Fourth and Fourteenth Amendments to the Constitution of the United States.

20. As described above, even if the defendant officers had reasonable grounds to justify the plaintiff's arrest, said defendants violated plaintiff's right to be free from unreasonable, malicious, and excessive force when without just cause or provocation plaintiff's wrist was broken during the course of his being taken into custody by the defendants.

21. As result of defendants' concerted unjustified and excessive use of force, plaintiff Ramses Polland suffered injuries and pain which ultimately resulted in the need for a surgical repair of his wrist requiring the insertion of hardware, as well as severe emotional distress, much of which continues to this day.

22. The misconduct described herein was objectively unreasonable and took place intentionally with willful deliberate indifference to Ramses Polland's constitutional rights. The misconduct described was undertaken with malice, willfulness, and reckless indifference to the rights of others. As a result of defendant officers' actions or omissions plaintiff has suffered physical injury and severe emotional damages.

WHEREFORE, the plaintiff, Ramses Polland, respectfully requests that judgment be entered in his favor, that compensatory and punitive damages be awarded against defendants Ellis and Rankins in an amount to be determined by the jury. Plaintiff further requests an award pursuant to Title 28 U.S.C. § 1988 for attorney's fees and costs, in addition to any other relief deemed just or proper by this Court.

/s/ Mark F. Smolens
One of the attorneys for plaintiff

**MARK F. SMOLENS #6190482**
**RICHARD R. MOTTWEILER #3123509**
**MOTTWEILER & SMOLENS, LLP**
**1627 Colonial Parkway**
**Suite 301**
**Inverness, IL 60067**
**773-580-4982**
**312-259-0234**
**ryansmolensjones@hotmail.com**
**tcblaw@aol.com**

6